

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
Honorable William Old, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Granting Defendants Liberty Mutual Insurance Corporation and Justin A. Smith's First Amended Motion for Summary Judgment is AFFIRMED.

It is ORDERED that appellees recover their costs of appeal from appellant.

SIGNED November 26, 2014.

_____
Sandee Bryan Marion, Justice